# Kakalec & Schlanger, LLP
## DEDICATED TO MARKETPLACE JUSTICE

December 13, 2017

**VIA ECF**

Hon. Dora L. Irizarry
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    *Islam et al. v. Lee's Motors, Inc. et al.*
    **Index:**  17-cv-03955 (DLI)(VMS)

Your Honor:

    I represent Plaintiffs in the above captioned matter. I write, on consent of all parties, to request a brief (3 business day) extension of Plaintiff's deadline to file its letter brief in opposition to Defendants' pre-motion letters regarding their anticipated motions to dismiss. ECF 19-20.

    Defendant Lee's Motors Inc.'s pre-motion letter was filed at 4:40 PM on Friday, December 8, 2017. Toyota Financial Service Corp.'s pre-motion letter (joining Lee's Motor's anticipated motion) was filed at 7:33 PM that same evening.

    Pursuant to Your Honor's Individual Practice Rule IV(A)(3), Plaintiff's responses are thus due this Friday, December 15, 2017. There have been no prior requests for extension of this deadline. Plaintiff requests that the deadline be extended to Wednesday, December 20, 2017. Both Defendants consent to the request.

    The reason for the request is the press of other business and, more specifically, upcoming deadlines in several other federal actions I am handling.

                                     Respectfully,

                                     */s/Daniel A. Schlanger*

                                     Daniel A. Schlanger

cc: all counsel of record

Daniel A. Schlanger                                                      85 Broad Street
dschlanger@kakalec-schlanger.com                           18th Floor
T: (212) 500-6114                                                  New York, NY 10004
F: (646) 612-7996                                                  www.kakalec-schlanger.com